## THERESA M. RUBENOFF *v.* ALAN T. RUBENOFF
### (4837)

DUPONT, C. J., STOUGHTON and FOTI, Js.

Submitted on briefs November 6—decision released November 9, 1987

*Joseph P. Kenny* filed a brief for the appellant (defendant).

*John Crosskey* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.

## WILLIAM MILLER ET AL. *v.* JOHN G. KALIVAS ET AL.
### (5286)

BORDEN, BIELUCH and O'CONNELL, Js.

Argued November 10—decision released November 17, 1987

*Andre L. Nagy,* with whom, on the brief, was *James J. Hooghuis,* legal intern, for the appellant (defendant John Kalivas).

*Judith Dixon,* for the appellees (plaintiffs).

PER CURIAM. There is no error.